Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Citibank N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL ALSHEIKH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK N.A., a Foreign Corporation doing business in Nevada; 3535 LV NEWCO LLC, a Foreign Corporation Registered and doing business in Nevada; DOE Individuals I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO. 2:23-CV-01551-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK N.A. TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

The current deadline for Defendant Citibank N.A. ("Citibank") to respond to Plaintiff Jamal Alsheikh's complaint is November 24, 2023.  Citibank has requested, and Plaintiff has agreed, that Citibank shall have up to and including December 22, 2023.  This extension will allow time for the parties to continue discussions toward potential early resolution of the claims asserted against Citibank.

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

DMFIRM #409630629 v1

Dated: November 22, 2023.

| BALLARD SPAHR LLP | ATTORNEY MICHAEL MEE LLC |
|---|---|
| By: /s/ *Madeleine Coles* | By: /s/ *Michael Mee* |
| Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Mee, Esq.<br>Nevada Bar No. 13726<br>400 S. 4th Street #500<br>Las Vegas, Nevada 89101 |
| *Attorneys for Defendant Citibank, N.A.* | *Attorneys for Plaintiff Jamal Alsheikh* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 27, 2023