Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Citibank N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL ALSHEIKH, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>CITIBANK N.A., a Foreign Corporation doing business in Nevada; 3535 LV NEWCO LLC, a Foreign Corporation Registered and doing business in Nevada; DOE Individuals I through X; and ROE CORPORATIONS I through X,<br><br>　　Defendants. | CASE NO.  2:23-CV-01551-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK N.A. TO RESPOND TO COMPLAINT**<br><br>**(Fifth Request)** |

　　The current deadline for Defendant Citibank N.A. ("Citibank") to respond to Plaintiff Jamal Alsheikh's complaint is January 12, 2024.  Citibank has requested, and Plaintiff has agreed, that Citibank shall have up to and including February 2, 2024.  The parties are hopeful that they will be able to resolve this case, and this extension will allow time for the parties to continue settlement discussions.

　　This is the fifth request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

Dated: January 12, 2024.

| BALLARD SPAHR LLP | ATTORNEY MICHAEL MEE LLC |
|---|---|
| By: /s/ *Madeleine Coles* | By: /s/ *Michael Mee* |
| Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Mee, Esq.<br>Nevada Bar No. 13726<br>400 S. 4th Street #500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff Jamal Alsheikh* |

*Attorneys for Defendant Citibank, N.A.*

### ORDER

Future pleadings must have the correct case number:

2:23-CV-01551-JAD-MDC

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/18/24