**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jamal Alsheikh,<br><br>              Plaintiff(s),<br><br>vs.<br><br>3535 LV Newco LLC, et al.,<br><br>              Defendant(s). | 2:23-cv-01551-JAD-MDC<br><br>Order |

On February 2, 2024, the parties filed a notice of settlement, which states that they will file their dispositive documents within 30 days. ECF No. 23. In the intervening months, the parties have not filed anything.

IT IS ORDERED that:

1. By **Thursday, June 27, 2024**, the parties shall file either:

    a. A stipulation to dismiss this case OR

    b. A short status report.

2. Failure to comply with this Order may result in a Report and Recommendation that this case be dismissed.

Dated this 28th day of May 2024.

                                                                                                  _____
                                                                                                  Hon. Maximiliano D. Couvillier III
                                                                                                  United States Magistrate Judge