**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S. 4th Street #500
Las Vegas NV 89101
(702) 990-0190
attorneymichaelmee@gmail.com
Fax: 702-442-9616
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| JAMAL ALSHEIKH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK N.A., a Foreign Corporation doing business in Nevada; DOE Individuals I through X; and ROE CORPORATIONS I through X,<br><br>    Defendants. | Case No.: 2:23-cv-01551-JAD-MDC<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br><br>ECF No. 25 |

Plaintiff, and Defendant Citibank N.A., hereby stipulate under the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 30th day of May, 2024

| BALLARD SPAHR LLP | ATTORNEY MICHAEL MEE LLC |
|---|---|
| By: /s/ *Madeleine Coles* | By: /s/ *Michael Mee* |
| Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Mee, Esq.<br>Nevada Bar No. 13726<br>400 S. 4th Street #500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff Jamal Alsheikh* |
| *Attorneys for Defendant Citibank, N.A.* | |

## ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
June 2, 2024